## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TENARIS BAY CITY, INC..; MAVERICK TUBE CORPORATION; IPSCO TUBULARS INC.; TENARIS GLOBAL SERVICES (U.S.A.) CORPORATION; AND TUBOS DE ACERO DE MEXICO, S.A., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>UNITED STATES, <br><br>　　　　　Defendant. | Court No. 22-00345 |

### ORDER OF DISMISSAL

Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

　　　　　　　　　　　　　　　　　　　　Mario Toscano
　　　　　　　　　　　　　　　　　　　　Clerk of the Court


　　　　　　　　　　　　　　　By:　/s/ Scott Warner
　　　　　　　　　　　　　　　　　　Deputy Clerk


Date: January 20, 2023
　　　New York, New York